AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| ERIC ROGERS, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00021--JJM |
| SUPERINTENDENT D. ARTUS, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Eric Rogers                                                                                      .

Date: 04/22/2014

/s/ Kimberly M. Jeffers
*Attorney's signature*

Kimberly M. Jeffers--4898649
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Address*

kjeffers@cravath.com
*E-mail address*

(212) 474-1998
*Telephone number*

(212) 474-3700
*FAX number*