AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| ERIC ROGERS, )<br>*Plaintiff* )<br>v. )<br>SUPERINTENDENT D. ARTUS, et al., )<br>*Defendant* ) | Case No.  1:13-cv-00021--JJM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Eric Rogers                                                                                    .

Date:   05/13/2014

/s/ Yonatan Even
*Attorney's signature*

Yonatan Even--4339651
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Address*

yeven@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*