UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALTER DIAZ a/k/a
ERIC ROGERS,

                Plaintiff,

v.

SUPERINTENDENT D. ARTUS, et al.,

                Defendants.

**AMENDED CASE MANAGEMENT ORDER**

13-CV-00021-JJM

---

      As agreed to by the parties at the May 14, 2014 conference, the Case Management Order [10] is amended as follows:

      1.    All motions to join other parties and to amend the pleadings shall be filed no later than **July 31, 2014**.

      2.    All fact discovery shall be completed no later than **October 24, 2014**. If plaintiff is incarcerated, defendant(s) are granted leave to depose plaintiff pursuant to Rule 30(a)(2)(B).

      3.    Each party intending to offer the testimony of an expert in connection with any issue as to which it bears the burden of proof (including claims, counterclaims, cross-claims or affirmative defenses) shall identify such expert(s) and provide reports pursuant to Rule 26 no later than **November 26, 2014**. Each party intending to offer other expert testimony (*i.e.*, testimony in response to expert testimony previously designated by an opposing party, or in support of an issue as to which the offering party does not bear the burden of proof), shall identify such expert(s) and provide reports pursuant to Rule 26 no later than **January 16, 2015**.

4. All expert depositions shall be completed no later than **February 20, 2015.**

5. Dispositive motions, if any, shall be filed by all parties no later than **March 20, 2015**. Such motions shall be made returnable before the Magistrate Judge. The parties are directed to provide a courtesy copy of all motion papers to the Court.

6. In the event that no dispositive motions are filed, a status conference is set for **March 25, 2015 at 2:00 p.m.** before Judge McCarthy. The parties may participate by telephone upon advance notice to chambers. The court will initiate the call.

**No extension of the above cutoff dates will be granted except upon written application, filed prior to the cutoff date, showing good cause for the extension. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party".** Parker v. Columbia Pictures Industries, **204 F.3d 326, 340 (2d Cir. 2000).**

**SO ORDERED.**

Dated: May 15, 2014

_____
JEREMIAH J. MCCARTHY
United States Magistrate Judge