AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| ERIC ROGERS,<br>*Plaintiff*<br>v.<br>SUPERINTENDENT D. ARTUS, et al.,<br>*Defendant* | )<br>)<br>) Case No. 1:13-cv-00021--JJM<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Eric Rogers                                                                      .

Date:  02/17/2016                                          /s/ Greg Cheyne
                                                              *Attorney's signature*

                                                              Greg Cheyne
                                                     *Printed name and bar number*

                                                    Cravath, Swaine & Moore LLP
                                                          Worldwide Plaza
                                                         825 Eighth Avenue
                                                         New York, NY 10019
                                                              *Address*

                                                        gcheyne@cravath.com
                                                           *E-mail address*

                                                           (212) 474-1000
                                                         *Telephone number*

                                                           (212) 474-3700
                                                             *FAX number*