UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WALTER DIAZ, 94-A-5053,
    (a/k/a ERIC ROGERS),

                    Plaintiff,

          v.

SUPERINTENDENT D. ARTUS, *et al*.

                    Defendants.
_____

**MOTION TO WITHDRAW AS COUNSEL AND STAY PROCEEDINGS**

13-CV-00021

      **PLEASE TAKE NOTICE** that the undersigned will move this Court at a term thereof to be held at the United States Courthouse, 2 Niagara Square, Buffalo, New York, for an order to permitting Christopher L. Boyd and the New York State Office of the Attorney General to withdraw as counsel for Defendants pursuant to Local Rule 83.2(d) and staying the proceedings pending the appearance of new counsel for Defendants.

      Pursuant to Local Rule 83.2(d), the undersigned requests permission to submit the reasons for withdrawal *in camera*. This motion is based upon the grounds more fully set forth in the confidential declaration of Christopher L. Boyd, which is being submitted to the Court for *in camera* review only.

Dated: Buffalo, New York
      September 14, 2016

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants
BY:
*s/Christopher L. Boyd*
CHRISTOPHER L. BOYD
Assistant Attorney General, of Counsel
350 Main Street, Suite 300A
Buffalo, New York 14202
(716) 853-8457
Christopher.Boyd@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WALTER DIAZ, 94-A-5053,
    (a/k/a ERIC ROGERS),

                      Plaintiff,
    v.

                                       13-CV-00021

SUPERINTENDENT D. ARTUS, *et al*.

                      Defendants.
_____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 14, 2016, I electronically filed the foregoing Notice of Motion with the Clerk of the District Court using its CM/ECF system.

    I further certify that pursuant to Local Rule 83.2, I served the foregoing Notice of Motion and the above-referenced confidential declaration of Christopher L. Boyd, dated September 14, 2016, which is being submitted to the Court for *in camera* review, upon each Defendant.

                                              ERIC T. SCHNEIDERMAN
                                              Attorney General of the State of New York
                                              Attorney for Defendants
                                              BY:
                                              *s/Christopher L. Boyd*
                                              CHRISTOPHER L. BOYD
                                              Assistant Attorney General, of Counsel
                                              350 Main Street, Suite 300A
                                              Buffalo, New York 14202
                                              (716) 853-8457
                                              Christopher.Boyd@ag.ny.gov